UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAM DOE by and through his *guardian ad litem* L.R., DEBORAH DOE by and through her *guardian ad litem* S.H, TANYA DOE by and through her *guardian ad litem* F.H., ERIC DOE by and through his *guardian ad litem* G.B., WALTER DOE by and through his *guardian ad litem* M.F., EVAN DOE by and through his *guardian ad litem* C.M.; and on behalf of themselves and other similarly situated students,<br><br>Plaintiffs,<br><br>v.<br><br>PASADENA UNIFIED SCHOOL DISTRICT and BRIAN MCDONALD in his official capacity as Superintendent of Pasadena Unified School District,<br><br>Defendants. | Case No. 2:16-CV-00984-VAP-GJSx<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER APPROVING MINOR'S COMPROMISE<br><br>Judge: Hon. Magistrate Standish<br>Complaint: Filed February 16, 2016 |

Having read and considered Plaintiff's Unopposed Motion for an Order Approving Minor's Compromise of Pending Action; the Memorandum of Points and Authorities in Support Thereof; the concurrently-filed declarations; and the papers and records on file with this Court in this action; and good cause having been shown, the Court finds that the settlement agreement is in the best interest of

Plaintiffs, Deborah Doe, Evan Doe, Eric Doe and Tanya Doe, all minors.

It is hereby ordered that:

1. The motion to approve the minor's compromise is granted.
2. Defendant Pasadena Unified School District shall forward a settlement draft totaling $ 51,000.00 (fifty-one thousand dollars and no cents), made payable to "Disability Rights California, IOLTA Account.

    a. Plaintiff Evan Doe shall receive a total of $8,500.00 from the monetary portion of the settlement agreement, to be transferred directly from the Disability Rights California Client Trust Account to a California Uniform Transfers to Minors Act account. The CUTMA account shall be established at a federally insured financial institution with Plaintiff's mother Crystal McEwen as the custodian of the account. These funds shall be used only for Evan's care and benefit. When Plaintiff Evan Doe attains the age of 18 years, without further order of this Court, custodian Crystal McEwen is authorized and directed to pay any remaining funds directly to the former-minor.

    b. Plaintiff Deborah Doe, shall receive $8,500.00, in settlement funds, to be transferred directly from Disability Rights California Client Trust Account to an interest bearing, federally insured, blocked account in Deborah Doe's name. No withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a Judge of the United States District Court for the Central District of California, until minor attains the age of 18 years. When minor Deborah Doe attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the

former-minor Deborah Doe, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

c. Plaintiff Eric Doe, shall receive $8,500.00, in settlement funds, to be transferred directly from Disability Rights California Client Trust Account to an interest bearing, federally insured, blocked account in Eric Doe's name. No withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a Judge of the United States District Court for the Central District of California, until minor attains the age of 18 years. When minor Eric Doe attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former-minor Eric Doe, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

d. Plaintiff Tanya Doe, shall receive $8,500.00, in settlement funds, to be transferred directly from Disability Rights California Client Trust Account to an interest bearing, federally insured, blocked account in Tanya Doe's name. No withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a Judge of the United States District Court for the Central District of California, until minor attains the age of 18 years. When minor Tanya Doe attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former-minor Tanya Doe, upon proper demand, all moneys including interest

deposited under this order. The money on deposit is not subject to escheat.

3. Plaintiff's counsels' attorneys' fees and costs of $425,000.00 to be made payable to Disability Rights California in equal amounts annually over the next 5 years are hereby approved.

**IT IS SO ORDERED.**

DATED:  August 19, 2019

_____
GAIL J. STANDISH
UNITED STATES DISTRICT JUDGE